**Order entered August 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00548-CV

## IN THE INTEREST OF S.V., A CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-04-11968-V**

## ORDER

By order dated July 2, 2019, we abated this appeal and ordered the trial court to make written findings of fact and conclusions of law. On July 31, 2019, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law. Accordingly, we **REINSTATE** this appeal.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE